HARMA D. FRENCH, as Committee of WILLIAM A. COOK, an Incompetent Person, Appellant, *v.* EMMA M. WRAY, Respondent.

*French* v. *Wray*, 166 App. Div. 471, affirmed.
(Argued January 17, 1917; decided February 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 8, 1915, affirming a judgment in favor of defendant entered upon a verdict in an action of ejectment. The controversy between the parties arises over the title to about one and six-tenths acres of land situate on the westerly shore of Lake George in the town of Hague, Warren county. The plaintiff contends that the premises in dispute are a part of a tract of 300 acres known as "Friend's Point" which was granted in 1771, 200 acres thereof to William Friend, 100 acres to James Scott and Hugh Jackson. The defendant alleges that it is a part of Lot 50, Ellice tract, which tract joins the Friend's Point tract on the south. It is alleged in the complaint that one William Cook, now deceased, was on and before the 12th day of April, 1892, lawfully seized as owner in fee simple and in lawful possession of certain described premises, all located in the Friend's Point tract; that on said day the said William Cook died leaving a last will and testament by which he devised to one Caroline H. Cook an estate for life in said premises and to the plaintiff's incompetent an estate for life therein after the life estate of said Caroline; that said Caroline H. Cook died March 8, 1906, and the plaintiff's incompetent ever since has been and is now the owner of a life estate in and entitled to the immediate possession of the said premises; that the defendant theretofore unlawfully entered into said premises and took possession thereof, which she now withholds from the plaintiff The answer contains a denial of practically all of the allegations of the complaint and alleges for a separate defense adverse possession.

*John H. Barker* and *Lyman Jenkins* for appellant.

*Erskine C. Rogers* and *Charles R. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.